UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSCAR SANCHEZ,<br><br>       Plaintiff,<br><br> vs.<br><br>ATTORNEY RYAN EARL,<br>ATTORNEY ALBERT LIN,<br>JUDGE KEN JORGENSEN,<br>GRANT COUNTY COURT,<br>SERGIO LARIOS, ROGELIO<br>MARTINEZ ABUNDEZ, SAUL<br>MENDOZA RAMIREZ, JOSE<br>LUIS OLIVARES GARCIA, and<br>CARLOS BRAVO,<br><br>       Defendants. | NO. CV-11-135-JPH<br><br>ORDER DENYING MOTIONS |

  BEFORE THE COURT are Plaintiff's single page Motions "to publish" and "to appoint counsel" (ECF Nos. 3 & 4). Plaintiff did not note these motions for hearing, or provide supporting memoranda as required by LR 7.1, Local Rules for the Eastern District of Washington. The Motions were heard on the date signed below.

  Also before the court are Plaintiff's "Motion Withdraw of Guilty Plea and New Trial on Case #05-1-00612-1" (ECF No. 8), "Motion-Appoint of Lawyer for Withdrawal of Guilty Plea" (ECF No. 10) and "Motion to Vacate Judgment" (ECF No. 12), which he apparently noted for hearing without oral argument on June 20, 2011. Plaintiff, a prisoner at the Grant County Jail, is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

ORDER DENYING MOTIONS -- 1

The court has no jurisdiction to address a plaintiff's motions until he has filed a legally sufficient complaint. *See* generally Fed. R. Civ. P. 3 and the notes following the rule. By separate Order the court has advised Mr. Sanchez of the deficiencies of his complaint, noting a challenge to a state court conviction is not properly brought pursuant to 42 U.S.C. § 1983. The court is without authority to grant the relief Plaintiff is seeking. Accordingly, **IT IS ORDERED** Plaintiff's pending Motions (ECF Nos. 3, 4, 8, 10, 12) are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this 20th day of June, 2011.

S/ James P. Hutton

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTIONS -- 2