AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

OSCAR SANCHEZ,

          Plaintiff,

          v.

ATTORNEY RYAN EARL, ATTORNEY ALBERT LIN, JUDGE KEN JORGENSEN, GRANT COUNTY COURT, SERGIO LARIOS, ROGELIO MARTINEZ ABUNDEZ, SAUL MENDOZA RAMIREZ, JOSE LUIS OLIVARES GARCIA, and CARLOS BRAVO, Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-135-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted against the named Defendants under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but without prejudice to seeking appropriate state court and federal habeas relief.

September 15, 2011                     JAMES R. LARSEN
*Date*                                                    *Clerk*
                                                         s/ Sheila Parpolia
                                                         *(By) Deputy Clerk*
                                                         Sheila Parpolia